IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

UNITED STATES OF AMERICA and
the STATES OF CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA, GEORGIA,
ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND,
MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY,
NEW MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS,
WASHINGTON, WISCONSIN, the COMMONWEALTHS
OF MASSACHUSETTS and VIRGINIA, and the
DISTRICT OF COLUMBIA, ex rel LIUBOV SKIBO
and EDWARD PATT,

       Plaintiffs/Relators,                     Case No. 5:13-cv-110(RV)

v.

GREER LABORATORIES, INC., ARES
LIFE SCIENCES, ALLERMED LABORATORIES,
INC., ANTIGEN LABORATORIES, INC.,
ALK-ABELLO, INC., and ALLERGY LABORATORIES, INC

       Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court for consideration of the Notice of Election to Decline Intervention and Consent to Dismissal on behalf of the States of Delaware and Iowa (collectively referred hereafter as "the States"). The States have notified the Court of their decision to decline to intervene in this action pursuant to their respective state statutes.

**THEREFORE, IT IS ORDERED** that:

1. The Relator's counsel shall serve all pleadings, motions and orders filed in this action, including supporting memoranda, upon the States;

2. The States may order any deposition transcripts, and move to intervene in this action.

Signed: May 2, 2016

Richard L. Voorhees
United States District Judge