IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-cv-110-RLV-DSC

| | |
|---|---|
| UNITED STATES *ex rel.* LIUBOV SKIBO and EDWARD PATT, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and THE DISTRICT OF COLUMBIA, <br><br>Plaintiffs, <br><br>v. <br><br>GREER LABORATORIES, INC., a North Carolina Corporation; ARES LIFE SCIENCES, an Investment Partnership based in the Bailiwick of Jersey, Channel Islands; ALLERMED LABORATORIES, INC., a California Corporation, ANTIGEN LABORATORIES, INC., a Missouri Corporation; ALK-ABELLO, INC., a Delaware Corporation; and ALLERGY LABORATORIES, INC., an Oklahoma Corporation, <br><br>Defendants. | **ORDER** |

THIS MATTER is before the Court on Defendant Greer Laboratories, Inc.'s "Application[s] for Admission to Practice Pro Hac Vice [for Kristen L. Dooley, Melissa Bayer

Tearney and Michael T. Gass]" (documents ## 31-33) filed August 1, 2016. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 8, 2016

David S. Cayer
United States Magistrate Judge