UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cv-110

| | |
|---|---|
| **UNITED STATES EX REL. LIBUOV SKIBO, ET AL.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> **GREER LABORATORIES, INC. ET AL.,** ) <br> ) <br> Defendant. ) | ORDER |

**THIS MATTER** is before the court on Defendant's Motion to Dismiss Relators' Amended Complaint Pursuant to Rules 8, 9(b) and 12(b)(6). Having considered Defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Dismiss Relators' Amended Complaint Pursuant to Rules 8, 9(b) and 12(b)(6) (#54) is **DENIED**. Defendant shall Answer the Amended Complaint within 14 days.

Signed: September 5, 2017

Max O. Cogburn Jr
United States District Judge

-1-