# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00110-MOC-DSC

| | |
|---|---|
| UNITED STATES EX REL. LIUBOV SKIBO, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| GREER LABORATORIES, INC., et al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit [for Joshua C. Littlejohn and Christopher F. Moriarty]" (documents # 71 and 72) filed August 13, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: August 14, 2018

David S. Cayer
United States Magistrate Judge