# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00110-MOC-DSC

| | |
|---|---|
| UNITED STATES EX REL. LIUBOV SKIBO et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| GREER LABORATORIES, INC. et al., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Erin Casey Williams]" (document #74) filed August 22, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: August 24, 2018

David S. Cayer
United States Magistrate Judge