IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-cv-110-MOC-DSC

| | |
|---|---|
| UNITED STATES *ex rel.* LIUBOV SKIBO and EDWARD PATT, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and THE DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. <br><br> GREER LABORATORIES, INC., a North Carolina Corporation, <br><br> Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Relators' "Motion for Limited Modification to the Pretrial Order and Case Management Plan for Leave to Take Four Additional Depositions for Use at Trial" (document #83). Defendant does not oppose the Motion. See "Response…" (document #85).

Having carefully considered this Motion and the record, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**.

Signed: January 7, 2019

David S. Cayer
United States Magistrate Judge