IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00110-MOC-DSC

| | |
|---|---|
| UNITED STATES EX REL. LIUBOV SKIBO et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| GREER LABORATORIES INC. et al., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Relators' Motion to Compel Production of Custom-Mix Sales Data" (document #93).

Relators seek production of data regarding Defendant Greer Laboratories Inc.'s sales of custom-mix allergenic extracts to all customers for the period 2007-2012 "in the same format that Defendants recently provided to their expert witness, Crystal Pike, for four customers for the period 2007-2015."

The Court finds that the data compilation Relators seek is protected work product. Defendant has also produced the underlying data and Relators are able to create such a compilation themselves. For those and the other reasons stated in Defendant's brief, the Motion is denied.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: April 8, 2019

David S. Cayer
United States Magistrate Judge