UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cv-110-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES EX REL. LIUBOV SKIBO,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREER LABORATORIES, INC., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following receipt of a letter, dated April 24, 2019, from Defendant Greer's counsel, asking this Court to strike the "Fourth" expert report by Christopher L. Haney. (Doc. No. 133). Defendant asks the Court to strike the "Fourth" expert report for the reasons stated in Defendant's brief in support of Defendant's Motion to Strike the Supplemental Expert Report.

This Court advises counsel that the Court may only act upon written motions. L.R. 7.1(a). Therefore, Defendant must seek relief in the form of a written motion. Defendant may certainly note in the motion that it relies on an earlier-filed brief to support the motion.

**IT IS SO ORDERED**.

Signed: April 26, 2019

Max O. Cogburn Jr
United States District Judge