UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cv-110-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES EX REL. LIUBOV SKIBO,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREER LABORATORIES, INC., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following receipt of a letter, dated April 25, 2019, from Relators' counsel, requesting a hearing or telephone conference before the Court to allow the parties to discuss issues related to the expert report of Christopher L. Haney. (Doc. No. 134).

This Court advises counsel that the Court may only act upon written motions. L.R. 7.1(a). Therefore, Relators must seek relief in the form of a written motion. The Court further advises the parties that the Court is currently considering the pending motion to strike, Doc. No. 114. Adjudication of that motion may preclude the need for a telephone conference, or it may affect the parties' positions and arguments. Therefore, the Court encourages the parties to wait until the Court has ruled on the pending motion to strike to seek a telephone conference. The Court also encourages the parties to attempt to work out their differences related to discovery issues before seeking further participation by the Court.

**IT IS SO ORDERED**.

Signed: April 26, 2019

Max O. Cogburn Jr.
United States District Judge