# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00110-KDB-DSC

| | |
|---|---|
| UNITED STATES EX REL. LIUBOV SKIBO et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| GREER LABORATORIES INC. et al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Kevin R. Dean]" (document #156). For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: June 19, 2019

David S. Cayer
United States Magistrate Judge