IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. LIUBOV SKIBO et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREER LABORATORIES INC. et al.,<br><br>　　　　Defendants. | Case No. 5:13-cv-00110-KDB-DSC |

# ORDER GRANTING LEAVE TO SERVE SUBPOENA *DUCES TECUM* TO TAKE A DEPOSITION FOR USE AT TRIAL

**THIS MATTER** is before the Court on Relators' Consent Motion for Leave to Serve Subpoena *Duces Tecum* to Take a Deposition for Use at Trial (ECF No. 158). Having reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS THEREFORE ORDERED** that the Consent Motion for Leave to Serve Subpoena *Duces Tecum* to Take a Deposition for Use at Trial (ECF No. 158) is **GRANTED**.

**SO ORDERED.**

　　　　Signed: June 21, 2019

_____
David S. Cayer
United States Magistrate Judge

1