UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. LIUBOV SKIBO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREER LABORATORIES, INC., et al.,<br><br>Defendants. | Case No. 5:13-cv-00110 KDB-DSC |

## CASE STATUS REPORT

Pursuant to the Court's Minute Order issued on January 28, 2021, the parties report that the defendant's motion for attorney's fees and expenses (ECF No. 184) has been resolved, and that said motion will be formally withdrawn by a separate filing to be submitted on or before approximately May 14, 2021.

DATED: April 28, 2021                Respectfully submitted,

| **Parker Poe Adams & Bernstein LLP** | **Rabon Law Firm, PLLC** |
|---|---|
| /s/ Eric H. Cottrell | /s/ Charles H. Rabon, Jr. |
| Eric H. Cottrell | Charles H. Rabon, Jr. |
| 620 S. Tyron St., Suite 800 | 413 S. Sharon Amity Rd. |
| Charlotte, NC 28202 | Suite C |
| Tel: (704) 372-9000 | Charlotte, NC 28211 |
| Fax: (704) 334-4706 | Tel: (704) 247-3247 |
| ericcottrell@parkerpoe.com | Fax: (704) 208-4645 |
| | crabon@usfraudattorneys.com |
| Choate, Hall & Stewart | |
| LLP Michael T. Gass* | Motley Rice LLC |
| Melissa Bayer Tearney* | William S. Norton* |
| Kristen L. Dooley* | Joshua C. Littlejohn* |
| Two International Place | Christopher F. Moriarty* |
| Boston, MA 02110 | Erin C. Williams* |
| Tel: (617) 248-5000 | 28 Bridgeside Blvd. |

Fax: (617) 248-4000
mgass@choate.com
mtearney@choate.com
kdooley@choate.com

*Counsel for Defendants*

*\*Admitted Pro Hac Vice*

Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
cmoriarty@motleyrice.com
ecwilliams@motleyrice.com

*Counsel for Relators*

*\*Admitted Pro Hac Vice*